490

110-112 VAN WAGENEN AVENUE COMPANY, PLAINTIFF-RESPONDENT, v. MILTON A. JULIAN, *ET AL.*, DEFEND-ANTS-PETITIONERS.

*Mr. Sam Weiss* for the petitioners.

*Messrs. Wilentz, Goldman & Spitzer, Mr. Francis X. Journick* and *Mr. Stephen E. Barcan* for the respondent.

· September 17, 1968. Denied.

LAWRENCE H. ROSENTHAL, *IND., ETC., ET AL.*, PLAIN-TIFFS-PETITIONERS, v. ART METAL, INC., *ETC., ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Waldor & Hochberg, Messrs. Okin, Okin & Sondak, Messrs. Schechner & Targan, Messrs. Hellring, Lindeman & Landau and Mr. Edwin H. Stern* for the petitioners.

*Messrs. Lowenstein, Sandler, Brochin & Kohl, Messrs. Stryker, Tams & Dill, Mr. Richard H. Hellstern* and *Mr. W. Hunt Dumont* for the respondents.

September 17, 1968. Granted.